**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-03871 | | Trustee Name: | Gene T. Chambers |
|---|---|---|---|---|
| Case Name: | MOJO BRANDS MEDIA, LLC | | Date Filed (f) or Converted (c): | 05/01/2015 (f) |
| For the Period Ending: | 06/30/2023 | | §341(a) Meeting Date: | 06/05/2015 |
| | | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  CHECKING ACCOUNT - WELLS FARGO BANK | $749.47 | $749.47 | | $6,440.68 | FA |
| Asset Notes: LIENS: NEWTEK SMALL BUSINESS FINANCE & BOMOJO INVESTMENTS LLC. PROCEEDS BEING HELD IN SEGREGATED ACCOUNT WITH ACCOUNTS RECEIVABLE. | | | | | |
| 2  CHECKING ACCOUNT - SUNTRUST BANK | $28,000.00 | $28,000.00 | | $28,249.18 | FA |
| Asset Notes: LIEN HELD BY BOMOJO INVESTMENTS LLC & NEWTEK SMALL BUSINESS FINANCE. PROCEEDS BEING HELD IN SEGREGATED ACCOUNT WITH ACCOUNTS RECEIVABLE. | | | | | |
| 3  CHECKING ACCOUNT - BANK OF AMERICA | $1,300.00 | $1,300.00 | | $0.00 | FA |
| Asset Notes: OPENED BY BOMOJO INVESTMENTS LLC WITH DEBTOR TIN. ACCOUNT USED BY BOMOJO TO COLLECT RECEIVABLES. DEBTOR HAD NO ACCESS TO THIS ACCOUNT. | | | | | |
| 4  ACCOUNTS RECEIVABLE | $360,280.00 | $360,280.00 | | $170,098.70 | FA |
| Asset Notes: DEBTOR ESTIMATED FACE VALUE AT $408,280.OO WITH $48,000.00 UNCOLLECTIBLE. RECEIVABLES ARE SUBJECT TO AN INTER-CREDITOR AGREEMENT BETWEEN NEWTEK SMALL BUSINESS FINANCE & BOMOJO INVESTMENTS LLC; HOWEVER, THERE IS A DISPUTE BETWEEN THE TWO SECURED LENDERS AS TO WHO HAS THE BETTER CLAIM. ORDER AUTHORIZING TRUSTEE TO COLLECT ACCOUNTS RECEIVABLE (DOC. NO. 46) ENTERED 07/23/15. 06/20/15 UNBILLED INVOICE LETTER SENT TO 10 ACCOUNTS. 07/17/15 FIRST GENERAL COLLECTION LETTER SENT TO 19 ACCOUNTS. 08/22/15. LETTER DEMANDING IMMEDIATE PAYMENT (WITH COPY OF ORDER) SENT TO 14 ACCOUNTS. FUNDS ARE BEING HELD BY THE TRUSTEE IN A "NON-SERVICE-FEE ACCOUNT UNTIL OWNERSHIP OF THE RECEIVABLES IS DETERMINED BY THE COURT. | | | | | |
| 5  POTENTIAL COUNTERCLAIM AGAINST BOMOJO INVESTMENTS LLC | Unknown | $1,000,000.00 | | $450,000.00 | FA |
| Asset Notes: CLAIM BASED ON BOMOJO'S TAKEOVER OF RECEIVABLES WHICH LED TO THE COMPANY SHUTTING DOWN. THIS ISSUE WILL BE RESOLVED BY ADVERSARY NO. 15-143. SETTLED BY MEDIATED GLOBAL SETTLEMENT. ORDER APPROVING COMPROMISE ENTERED 03/02/2020. | | | | | |
| 6  TRADEMARK - DAILY BUZZ | Unknown | $0.00 | OA | $0.00 | FA |
| 7  FURNITURE AND COMPUTERS | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: DEBTOR ESTIMATES $336,653.00 FACE VALUE. ACTUAL VALUE UNKNOWN. LIENS HELD BY NEWTEK SMALL BUSINESS FINANCE. | | | | | |
| 8  EQUIPMENT AND FIXTURES - TELEVISION RECORDING STUDIO AND RELATED EQUIPMENT. | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: DEBTOR ESTIMATES FACE VALUE AT $1,193,646.13. ACTUAL VALUE UNKNOWN. LIENS HELD BY NEWTEK SMALL BUSINESS FINANCE. NEWTEK TOOK POSSESSION OF THESE ASSETS AND SOLD THEM FOR APPROXIMATELY $100,000. | | | | | |
| 9  ROYALTIES (u) | $0.00 | $1,110.95 | | $1,110.95 | FA |
| Asset Notes: PROCEEDS BEING HELD IN SEGREGATED ACCOUNT WITH ACCOUNTS RECEIVABLE. | | | | | |
| 10  PAYCHEX - REFUND UNDEPOSITED EMPLOYMENT TAXES (u) | $0.00 | $1,055.42 | | $1,055.42 | FA |
| Asset Notes: PROCEEDS BEING HELD IN SEGREGATED ACCOUNT WITH ACCOUNTS RECEIVABLE. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-03871 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | MOJO BRANDS MEDIA, LLC | Date Filed (f) or Converted (c): | 05/01/2015 (f) |
| For the Period Ending: | 06/30/2023 | §341(a) Meeting Date: | 06/05/2015 |
| | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  FLATBED TRAILER (VIN: 847150G1CAC960054) (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes:  NOTICE OF SALE FILED 11/19/15. | | | | | |
| 12  LEGAL MALPRACTICE CLAIM AGAINST NIXON PEABODY, LLP (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| Asset Notes:  THE ACTUAL ESTIMATED VALUE IS UNDISCLOSED DUE TO TRIAL AND SETTLEMENT ISSUES. ORDER DENYING DEFENDANTS MOTION FOR SUMMARY JUDGMENT ENTERED 07/22/2020. MEDIATION SCHEDULED FOR 08/17/2020. MEDIATION RESULTED IN IMPASSE. TRIAL ANTICIPATED TO BE SET IN 2024 IN DISTRICT COURT. SECOND MEDIATION SET FOR 07/13/2023. | | | | | |
| 13  LEGAL MALPRACTICE CLAIM AGAINST PERKINS COIE, LLP (u) | $0.00 | $1.00 | | $0.00 | FA |
| Asset Notes:  THE ACTUAL ESTIMATED VALUE IS UNDISCLOSED DUE TO TRIAL AND SETTLEMENT ISSUES. ORDER GRANTING MOTION TO DISMISS PARTY DEFENDANT PERKINS COIE LLC ENTERED 06/23/19. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                           **Gross Value of Remaining Asset**

$390,329.47                $1,397,497.84                                    $661,954.93                                $1.00

**Major Activities affecting case closing:**

06/16/2019  TRIAL IN ADVERSARY 15-ap-143 SCHEDULED FOR MAY 11 - 15, 2020. ALL ISSUES SETTLED BY MEDIATED GLOBAL SETTLEMENT. ORDER APPROVING SETTLEMENT ENTERED 03/02/2020.

04/28/2017  ADVERSARY PROCEEDING 6:17-ap-54 FILED AGAINST PERKINS COIE, LLP AND NIXON PEABODY, LLP FOR LEGAL MALPRACTICE. TRIAL IN DISTRICT COURT WILL BE SCHEDULED SOMETIME IN 2021.ORDER GRANTING MOTION TO DISMISS PERKINS COIE LLP ENTERED 06/23/19. TRIAL IN DISTRICT COURT SET FOR MARCH 2024. SECOND MEDIATION SCHEDULED FOR 07/13/2023.

12/30/2016  BROMAGEN & RATHET, P.A. EMPLOYED AS SPECIAL COUNSEL TO PURSUE A LEGAL MALPRACTICE CLAIM AGAINST NIXON PEABODY.

11/15/2016  DEFENDANTS' MOTION TO TRANSFER VENUE IN ADVERSARY 6:15-ap-143 TO NEW YORK DISTRICT COURT FILED. TRUSTEE'S RESPONSE FILED 12/01/16. DEFENDANTS' REPLY FILED 12/12/16. ON 12/12/16 THE COURT ORDERED SUPPLEMENTAL BRIEFS TO BE FILED. ON 03/06/17 BOTH TRUSTEE AND DEFENDANTS FILED SUPPLEMENTAL BRIEFS. ON 03/20/17 BOTH TRUSTEE AND DEFENDANTS FILED RESPONSES TO THE OTHER'S BRIEFS.

11/10/2016  TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED IN ADVERSARY 6:15-ap-143. DEFENDANS' OBJECTION FILED 12/05/16. TRUSTEE'S RESPONSE TO DEFENDANTS' OBJECTION FILED 12/19/16.

03/24/2016  AMENDED COMPLAINT FILED IN ADVERSARY PROCEEDING 15-143. THE AMENDED COMPLAINT SEEKS 1) TO HAVE BOMOJO'S CLAIM DENIED AS USURIOUS, 2) RECHARACTERIZATION OF BOMOJO'S LOAN AS EQUITY, 3) EQUITABLE SUBORDINATION OF BOMOJO'S CLAIM, 4) BOMOJO'S TURNOVER OF RECEIVABLES, AND 4) DAMAGES AGAINST ALL DEFENDANTS FOR BREACH OF FIDUCIARY DUTY.

03/16/2016  ORDER DENYING BOMOJO'S MOTION TO DISMISS ENTERED.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-03871 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | MOJO BRANDS MEDIA, LLC | Date Filed (f) or Converted (c): | 05/01/2015 (f) |
| For the Period Ending: | 06/30/2023 | §341(a) Meeting Date: | 06/05/2015 |
| | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/21/2015   ADVERSARY PROCEEDING 6:15-ap-143-CCJ FILED AGAINST BOMOJO LLC, R.W. BOTNIK AND R.S. BOTNIK FOR BREACH OF FIDUCIARY DUTY. ORDER GRANTING MOTION TO DETERMINE WHETHER PROCEEDING IS CORE AND DENYING MOTION TO TRANSFER VENUE ENTERED 06/26/18. TRIAL NOW SCHEDULED FOR MAY 11 THROUGH 15, 2020.
06/22/2015   STEVEN M. VANDERWILT CPA EMPLOYED AS ACCOUNTANT.
05/15/2015   JAMES H. MONROE, P.A. EMPLOYED AS ATTORNEY.

| Initial Projected Date Of Final Report (TFR): | 08/31/2016 | Current Projected Date Of Final Report (TFR): | 03/31/2024 | /s/ GENE T. CHAMBERS |
|---|---|---|---|---|
| | | | | GENE T. CHAMBERS |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-03871 | | | Trustee Name: | Gene T. Chambers |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MOJO BRANDS MEDIA, LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5420 | | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 07/01/2022 | | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 06/30/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2015 | (2) | SUNTRUST BANK | CLOSED BANK ACCOUNT | 1129-000 | $28,249.18 | | $28,249.18 |
| 05/15/2015 | (4) | PR NEWSWIRE | A/R PAYMENT | 1121-000 | $2,300.00 | | $30,549.18 |
| 05/15/2015 | (9) | TOTAL CONTENT DIGITAL, LLC | ROYALTIES EARNED 01/01/15 - 03/31/15 | 1223-000 | $1,110.95 | | $31,660.13 |
| 05/26/2015 | (1) | WELLS FARGO BANK | BANK ACCOUNT | 1129-000 | $3,159.45 | | $34,819.58 |
| 06/04/2015 | (10) | PAYCHEX, INC./TAXPAY | REFUND - UNDEPOSITED EMPLOYMENT TAXES | 1229-000 | $1,055.42 | | $35,875.00 |
| 07/01/2015 | (4) | GOLD PUBLIC RELATIONS | A/R PAYMENT | 1121-000 | $6,500.00 | | $42,375.00 |
| 07/02/2015 | (4) | TOURISM IRELAND | A/R PAYMENT | 1121-000 | $11,000.00 | | $53,375.00 |
| 07/02/2015 | (4) | THE ZIMMERMAN AGENCY, LLC | A/R PAYMENT | 1121-000 | $3,325.00 | | $56,700.00 |
| 07/09/2015 | (1) | WELLS FARGO BANK | CLOSED BANK ACCOUNT | 1129-000 | $3,281.23 | | $59,981.23 |
| 08/03/2015 | (4) | A-1 BROADCAST | A/R PAYMENT | 1121-000 | $5,000.00 | | $64,981.23 |
| 08/12/2015 | (4) | PLUS MEDIA, INC. | A/R PAYMENT | 1121-000 | $1,500.00 | | $66,481.23 |
| 08/24/2015 | (4) | CONSUMER PRODUCT NEWSGROUP | A/R PAYMENT | 1121-000 | $8,000.00 | | $74,481.23 |
| 09/09/2015 | (4) | HAVAS PR NORTH AMERICA | A/R PAYMENT | 1121-000 | $8,500.00 | | $82,981.23 |
| 09/24/2015 | (4) | SYNAPTIC DIGITAL | A/R PAYMENT | 1121-000 | $6,000.00 | | $88,981.23 |
| 09/29/2015 | (4) | CONSULTANCY MEDIA, INC. | A/R PAYMENT | 1121-000 | $5,500.00 | | $94,481.23 |
| 10/06/2015 | (4) | NEXT LEVEL MKTG. INC. D/B/A ENTERTAINMENT MKTG. GROUP | A/R PAYMRNY | 1121-000 | $3,075.00 | | $97,556.23 |
| 03/23/2020 | (4) | AKERMAN LLP (BOMOJO & BOTNICKS | ACCOUNTS RECEIVABLE HELD BY BOMOJO (PURSANT TO PARAGRAPH 2 OF THE SETTLEMENT AGREEMENT APPROVED 02/28/2020). | 1121-000 | $41,976.93 | | $139,533.16 |
| 04/07/2020 | (4) | WELLS FARGO BANK | RETURN OF GARNISED ACCOUNTS RECEIVABLE (PER SETTLEMENT AGREEMENT APPROVED 02/28/2020). | 1121-000 | $67,421.77 | | $206,954.93 |
| 11/29/2021 | 3001 | Newtek Small Business Finance, LLC | Proceeds of accounts receivable to secured creditor (per Order entered 11/18/2021) | 4210-000 | | $206,954.93 | $0.00 |

**SUBTOTALS** $206,954.93  $206,954.93

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 15-03871 | |
| **Case Name:** | MOJO BRANDS MEDIA, LLC | |
| **Primary Taxpayer ID #:** | **-***5420 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2022 | |
| **For Period Ending:** | 06/30/2023 | |

| | |
|---|---|
| **Trustee Name:** | Gene T. Chambers |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******7101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $32,583,498.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $206,954.93 | $206,954.93 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $206,954.93 | $206,954.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $206,954.93 | $206,954.93 | |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 05/15/2015 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $206,954.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $206,954.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $206,954.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $206,954.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 15-03871 | | Trustee Name: | Gene T. Chambers |
|---|---|---|---|---|
| Case Name: | MOJO BRANDS MEDIA, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5420 | | Checking Acct #: | ******7102 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2016 | (11) | ROETZEL & ANDRESS, LLP TRUST ACCOUNT (FULL SAIL) | SALES PROCEEDS - 1996 FLATBED TRAILER PER AMENDED NOTICE OF SALE FILED 11/23/15. | 1229-000 | $5,000.00 | | $5,000.00 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $4,998.44 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $4,990.64 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.79 | $4,982.85 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,974.81 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,966.79 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.27 | $4,958.52 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.48 | $4,951.04 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.73 | $4,943.31 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,935.34 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,927.38 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.18 | $4,920.20 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.45 | $4,911.75 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.15 | $4,904.60 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,896.69 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.15 | $4,888.54 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.37 | $4,881.17 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.87 | $4,873.30 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.86 | $4,865.44 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.59 | $4,857.85 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.58 | $4,850.27 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.82 | $4,842.45 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.81 | $4,834.64 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.04 | $4,827.60 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.04 | $4,819.56 |
| | | | **SUBTOTALS** | | **$5,000.00** | **$180.44** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| **Case No.** | 15-03871 | | **Trustee Name:** | Gene T. Chambers |
|---|---|---|---|---|
| **Case Name:** | MOJO BRANDS MEDIA, LLC | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5420 | | **Checking Acct #:** | ******7102 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Main |
| **For Period Beginning:** | 07/01/2022 | | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** | 06/30/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,812.29 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.76 | $4,804.53 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,796.78 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,789.29 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.47 | $4,780.82 |
| 04/07/2020 | (5) | CHUBB INSURANCE COMPANY | SETTLEMENT PROCEEDS (PER SETTLEMENT AGREEMENT APPROVED 03/02/2020). | 1149-000 | $450,000.00 | | $454,780.82 |
| 04/22/2020 | 4001 | Shuker & Dorris, P.A. | Debtor's share of Mediation Fee (per Order entered 04/16/2020. | 3721-000 | | $2,587.50 | $452,193.32 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $753.24 | $451,440.08 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $681.48 | $450,758.60 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $727.38 | $450,031.22 |
| 02/01/2021 | 4002 | Downey Law Group LLC | Expert witness retainer (per Order entered 01/13/2021) | 3991-000 | | $5,000.00 | $445,031.22 |
| 02/01/2021 | 4003 | Rosenfield & Co., PLLC | Expert witness retainer (per Order entered 01/14/2021) | 3991-000 | | $15,000.00 | $430,031.22 |

**SUBTOTALS**  $450,000.00   $24,788.34

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 15-03871 | Trustee Name: | Gene T. Chambers |
| Case Name: | MOJO BRANDS MEDIA, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5420 | Checking Acct #: | ******7102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Main |
| For Period Beginning: | 07/01/2022 | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 06/30/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | $455,000.00 | $24,968.78 | $430,031.22 |
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | $455,000.00 | $24,968.78 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | **Net** | $455,000.00 | $24,968.78 | |

**For the period of 07/01/2022 to 06/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/25/2016 to 6/30/2023**

| | |
|---|---|
| Total Compensable Receipts: | $455,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $455,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,968.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,968.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-03871 | | Trustee Name: | Gene T. Chambers |
| Case Name: | MOJO BRANDS MEDIA, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5420 | | Checking Acct #: | ******7102 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Main |
| For Period Beginning: | 07/01/2022 | | Blanket bond (per case limit): | $32,583,498.00 |
| For Period Ending: | 06/30/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $661,954.93 | $231,923.71 | $430,031.22 |

| For the period of 07/01/2022 to 06/30/2023 | | For the entire history of the account between 04/25/2016 to 6/30/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $661,954.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $661,954.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $231,923.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $231,923.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |